No. 12–5204. HINSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consid-

eration or decision of this petition. 